UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHANE HARDYMON, | ) | CASE NO.: 1:24 CV 799 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| SHERIFF SCOTT M. KENT, *et. al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | NOTICE: TELEPHONIC |
| | ) | CASE MANAGEMENT CONFERENCE |

This case is subject to the provisions of LR 16.1 of the Local Rules of the Northern District of Ohio entitled Differentiated Case Management (DCM).  All counsel are expected to familiarize themselves with the Local Rules as well as with the Federal Rules of Civil Procedure.  The Court shall evaluate this case in accordance with LR 16.1 and assign it to one of the case management tracks described in LR 16.2(a).  Each of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and time lines governing discovery practice, motion practice and for trial. Discovery shall be guided by LR 26.1 et seq. and motion practice shall be guided by LR 7.1(b)-(j) et seq.

### SCHEDULING OF CASE MANAGEMENT CONFERENCE

All counsel and/or parties will take notice that the above-entitled action has been set for a Telephonic Case Management Conference ("CMC"), on **July 23, 2024** at **10:30 a.m.**, before Judge

Solomon Oliver, Jr. Counsel only are required to attend telephonically. The court will provide the call-in number separately.

**TRACK RECOMMENDATION**

Pursuant to LR 16.3(a), and subject to further discussion at the CMC, the Court recommends the following track:

\_\_\_ Expedited  \_X\_ Standard  \_\_\_ Administrative

\_\_\_ Complex  \_\_\_ Mass Tort

\_\_\_ Recommendation reserved for CMC.

**APPLICATION OF FED. R. CIV. P. 26(a)**

Rule 26(a) of the Federal Rules of Civil Procedure, as amended December 1, 1993, mandates a series of required disclosures by counsel in lieu of discovery requests unless otherwise stipulated or directed by order of the Court or by local rule.

In the above-entitled case, Rule 26(a) shall apply as follows:

\_X\_ All disclosures mandated by Rule 26(a) shall apply, including Initial Disclosures (Rule 26(a)(1)), Disclosure of Expert Testimony (Rule 26(a)(2)), and Pre-Trial Disclosures (Rule 26(a)(3)).

\_\_\_ Initial Disclosures (Rule 26(a)(1)) shall not apply; Disclosure of Expert Testimony (Rule 26(a)(2)) and Pre-Trial Disclosures (Rule 26(a)(3)) shall apply.

**CONSENT TO JURISDICTION OF MAGISTRATE JUDGE**

Magistrate Judge Greenberg has been assigned to assist in this case. The parties are encouraged to discuss and consider consenting to the jurisdiction of the Magistrate Judge.

**PREPARATION FOR CMC BY COUNSEL**

The general agenda for the CMC is set by LR 16.3(b). Counsel for the plaintiff shall arrange with opposing counsel for the meeting of the parties as required by Fed. R. Civ. P. 26(f) and LR 16.3(b). A report of this planning meeting shall be jointly signed and submitted to the Clerk for filing not less than 3 days before the CMC. The report shall be in a form substantially similar to Attachment 1.

**FORMAL DISCOVERY STAYED UNTIL CMC**

No preliminary <u>formal</u> discovery may be conducted prior to the CMC except such discovery as is necessary and appropriate to support or defend against any challenge to jurisdiction or claim for emergency, temporary, or preliminary relief. This limitation in no way affects any disclosure required by Fed. R. Civ. P. 26(a)(1) or by this order.

**FILING OF DISCOVERY MATERIALS**

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall **not** be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

**OTHER DIRECTIVES**

<u>It is the responsibility of counsel for the plaintiff(s) to verify that a copy of this Order has been received by counsel for defendant(s) or, if no counsel has entered an appearance for defendant(s), that it has been received by defendant(s) themselves.</u>

**RESOLUTION PRIOR TO CMC**

In the event that this case is resolved prior to the CMC, counsel should submit a jointly signed stipulation of settlement or dismissal, or otherwise notify the Court that the same is forthcoming.

IT IS SO ORDERED.

                                  /s/SOLOMON OLIVER, JR.
                                  UNITED STATES DISTRICT JUDGE

June 28, 2024

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) | Case No.: |
|  | ) |  |
| Plaintiff | ) | JUDGE |
|  | ) |  |
|  | ) |  |
| v. | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
|  | ) | P. 26(f) AND L.R. 16.3(b) |
| Defendant | ) |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

    _____, 200__, and was attended by:

    _____ counsel for plaintiff(s) _____

    _____ counsel for plaintiff(s) _____

    _____ counsel for defendant(s) _____

    _____ counsel for defendant(s) _____

2. The parties:

    ____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

    ____ will exchange such disclosures by _____, 200__;

    ____ have not been required to make initial disclosures.

5

    3.    The parties recommend the following track:

\_\_\_\_\_ Expedited          \_\_\_\_\_ Standard          \_\_\_\_\_ Complex

\_\_\_\_\_ Administrative          \_\_\_\_\_ Mass Tort

    4.    This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

\_\_\_\_\_ Early Neutral Evaluation      \_\_\_\_\_ Mediation      \_\_\_\_\_ Arbitration

\_\_\_\_\_ Summary Jury Trial      \_\_\_\_\_ Summary Bench Trial

\_\_\_\_\_ Case not suitable for ADR

    5.    The parties \_\_\_\_\_ do/\_\_\_\_\_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    6.    Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

    (b) Discovery cut-off date:_____

    7.    Recommended dispositive motion date:_____

    8.      Recommended cut-off date for amending the pleadings and/or adding additional parties:

    9.      Recommended date for a Status Hearing: _____

    10.     Other matters for the attention of the Court:

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____